United States District Court
Southern District of Texas

**ENTERED**

July 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| VICTOR GENARO BAUTISTA-MEDINA, | § | |
| "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00551 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| *in their official capacities,* | § | |
| "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("R&R"). The R&R recommends that the Court (1) deny the Petition (Dkt. No. 1) and (2) direct the Clerk of Court to close the case. Dkt. No. 4 at 1.

Objections to the R&R were due July 10, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 4) is **ADOPTED**. The Petition (Dkt. No. 1) is **DENIED** and the Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this July 20, 2026

_____
Rolando Olvera
United States District Judge

1 / 1